CLERK'S OFFICE U.S. DIST. COURT
· AT ROANOKE, VA
FILED

SEP 0 1 2011

JULIA A. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case No. 5:07CR00025** |
| | ) | **(Case No. 5:11CV80354)** |
| vs. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| PERCIVAL NORMAN FENTON, | ) | By: **Hon. Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED** as untimely filed, and this action is stricken from the active docket of the court.

ENTER: This __1st__ day of September, 2011.

_____
Chief United States District Judge