CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PERCIVAL NORMAN FENTON, | ) | CASE NO. 7:12CV00106 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07CR00025 |
| | ) | |
| | ) | |
| vs. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| PERCIVAL NORMAN FENTON, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

    1. The petition for a writ of error coram nobis pursuant to 28 U.S.C. § 1651, which was docketed as a separate civil action for administrative purposes only, is **DENIED**, and the petition is also **CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255;

    2. The Clerk is **DIRECTED** to redocket the coram nobis petition (ECF No. 1) as a § 2255 motion in Case No. 5:07CR00025;

    3. The § 2255 motion is hereby **DENIED** without prejudice as successive and is **STRICKEN** from the active docket of the court; and

4. A Certificate of Appealability is **DENIED**.

**ENTER**: This 30th day of April, 2012.

/s/ Glen Conrad
Chief United States District Judge